IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOGAN GARRISON,

    Plaintiff,

v.                                                         No. 12-cv-1023 WPL/SMV

CITY OF RUIDOSO DOWNS,
ALFRED ORTIZ, and
CHRISTOPHER RUPP,

    Defendants.

## ORDER TO SHOW CAUSE

    THIS MATTER is before the Court sua sponte.  Plaintiff filed his Complaint against Defendants on October 1, 2012.  Complaint to Recover Damages for Constitutional and Civil Rights Violations [Doc. 1] at 1.  Pursuant to Fed. R. Civ. P. 4(m), Plaintiff had 120 days from filing the Complaint within which to effect service of process.  There is no indication on the record that service of process has been effected with respect to the Defendants.

    **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff is directed to show good cause why his claims against Defendants should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m).  Plaintiff shall file his response within 21 days of entry of this Order.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**