IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOGAN GARRISON,

    Plaintiff,

v.                                                              No. 12-cv-1023 LH/SMV

CITY OF RUIDOSO DOWNS,
ALFRED ORTIZ, and
CHRISTOPHER RUPP,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 18], filed April 8, 2013, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 21], filed April 23, 2013.

                                                                                        _____
                                                                                        **STEPHAN M. VIDMAR**
                                                                                        **United States Magistrate Judge**