IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOGAN GARRISON,

    Plaintiff,

v.                                                                                             No. 12-cv-1023 LH/SMV

CITY OF RUIDOSO DOWNS,
ALFRED ORTIZ, and
CHRISTOPHER RUPP,

    Defendants.[1]

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    April 28, 2014, at 10:30 a.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **April 28, 2014, at 10:30 a.m.** Parties shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2] Parties shall be prepared to select a date on which to schedule a settlement conference. Accordingly, parties are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The claims against Defendants City of Ruidoso Downs and Ortiz were dismissed with prejudice on April 3, 2014. [Doc. 46]. Only Defendant Rupp remains.

[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.