IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOGAN GARRISON,

    Plaintiff,

v.                                           No. 12-cv-1023 LH/SMV

CITY OF RUIDOSO DOWNS,
ALFRED ORTIZ, and
CHRISTOPHER RUPP,

    Defendants.[1]

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a conference held before the Court on June 10, 2014.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **July 10, 2014**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The claims against Defendants City of Ruidoso Downs and Ortiz were dismissed with prejudice on April 3, 2014. [Doc. 46]. Only Defendant Rupp remains.